## SHACKLEFORD V. THE STATE.

### *Assault With Intent to Murder.*

(Decided April 20th, 1906. 40 So. Rep. 665.)

APPEAL from Bibb Circuit Court.

Heard before HON. B. M. MILLER.

LOGAN & VANDERGRAAF, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed!
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ.,
concur.